114 A.3d 1036

COMMONWEALTH of Pennsylvania

v.

The REAL PROPERTY AND IMPROVEMENTS AT 2338 N. BEECHWOOD STREET, PHILADELPHIA, PA 19132

v.

Takeela Burney.

Petition of Commonwealth of Pennsylvania.

Supreme Court of Pennsylvania.

May 20, 2015.

## ORDER

PER CURIAM.

**AND NOW,** this 20th day of May, 2015, the Petition for Allowance of Appeal is **GRANTED,** and the order of the Commonwealth Court is **VACATED.** *See Commonwealth v. 605 University Drive,* 628 Pa. 434, 104 A.3d 411 (2014). This case is **REMANDED** for consideration of Takeela Burney's remaining appellate issues.